[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 17-13519
Non-Argument Calendar
_____

D.C. Docket No. 0:17-cr-60046-BB-1

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ANTHONY MORRIS,
a.k.a. Amp,

Defendant - Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida
_____

(May 14, 2018)

Before WILLIAM PRYOR, MARTIN and ANDERSON, Circuit Judges.

PER CURIAM:

Stefanie Camille Moon, appointed counsel for Anthony Morris in this direct criminal appeal, has moved to withdraw from further representation of Morris and filed a brief pursuant to Anders v. California, 386 U.S. 738 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Morris's conviction and sentence are **AFFIRMED**.